■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL SIERRA, Appellant. [4 NYS3d 565]—

Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered September 15, 2011. The judgment convicted defendant, upon his plea of guilty, of aggravated driving while intoxicated, a class D felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of felony aggravated driving while intoxicated (Vehicle and Traffic Law §§ 1192 [2-a] [a]; 1193 [1] [c] [ii]). Contrary to defendant's contention, County Court properly sentenced him pursuant to Penal Law § 60.21 to a five-year period of probation to run consecutively to his indeterminate term of imprisonment (*see* Vehicle and Traffic Law § 1193 [1] [c] [iii]; *People v Segatol-Islami*, 121 AD3d 1575, 1577 [2014]; *People v O'Brien*, 111 AD3d 1028, 1029 [2013]). "Inasmuch as the plain language of the statutes requires a sentencing court to impose a period of probation or conditional discharge in addition to any fine or term of imprisonment for convictions pursuant to Vehicle and Traffic Law § 1192, the Legislature clearly intended this type of cumulative sentence for felony driving while intoxicated convictions" (*People v Brainard*, 111 AD3d 1162, 1164 [2013]). Present—Centra, J.P., Peradotto, Lindley and DeJoseph, JJ.